UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00143-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | |
| GUSTAVO ADOLFO RAMOS LEMUS | ) | |

Upon Motion of the United States, it is hereby ORDERED that the Government's Motion for Forensic Evaluation and Authorization for Involuntary Medication in the above-captioned matter, and this Motion and Order to seal, shall be sealed until such time as requested to be unsealed by the United States Attorney and/or ordered unsealed by the court.

This, the  21st  day of   July   , 2016.

_____
Louise W. Flanagan
United States District Judge

1