IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-143-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GUSTAVO ADOLFO RAMOS LEMUS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the November 15, 2016 text order to show cause why the government's motion to involuntary medicate Defendant [DE-37], the August 30, 2016 transcript of hearing [DE-45], and the Memorandum and Recommendation [DE-46] related thereto should remain under seal. On November 22, 2016, the government filed a response indicating it was not aware of any prosecutorial interest that would be compromised by unsealing the documents or proceedings. [DE-49]. Defendant filed no response to the court's order, and the time to do so has expired. The court in the exercise of its discretion finds no reason the documents in question should remain under seal. *See United States v. Morrow*, No. 3:91CR49-V, 2007 WL 1381537, at *1 (W.D.N.C. May 7, 2007) (noting discretion of trial court in unsealing previously sealed documents).

Accordingly, the Clerk is directed to unseal the government's motion to involuntary medicate Defendant [DE-37], the August 30, 2016 transcript of hearing [DE-45], and the Memorandum and Recommendation [DE-46] related thereto.

SO ORDERED, the 6th day of December 2016.

                                                Robert B. Jones, Jr.
                                                United States Magistrate Judge