IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-143-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GUSTAVO ADOLFO RAMOS LEMUS | ) | |

This matter is before the Court on the Government's motion for a competency hearing and psychological or psychiatric evaluation of Defendant pursuant 18 U.S.C. §§ 4241 and 4247. [DE-57]. The court has reviewed the motion detailing new information about Defendant's mental health status and has considered the case history relative to medical findings and recommendations regarding the restoration of Defendant's competence.

It appears to the court that where presently housed, Defendant has discontinued taking the restorative medications earlier prescribed to him and that allowing the Government's unopposed motion will facilitate Defendant's compliance with the prescribed medical regimen aiding in the restoration of his competence. For those reasons and the reasons stated in the Government's unopposed motion, the Government's motion is ALLOWED.

Accordingly, the Bureau of Prisons at the Federal Medical Center Butner shall conduct a psychiatric or psychological examination of Defendant pursuant to 18 U.S.C. § 4241(b). A report of that examination shall be filed with the Court within forty-five days of the date of this Order pursuant to 18 U.S.C. § 4247.

So ordered, the 13th of December 2017.

Robert B. Jones, Jr.
United States Magistrate Judge